FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. SECTION 2241

**FILED**

AUG 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Tobias Johnson**
NAME

**DCDC #219-509**          **FED. # 07598-000**
PRISON NUMBER

**WASH. DC. Detention Center**
PLACE OF CONFINEMENT

CASE NUMBER  1:05CV01632

JUDGE: John D. Bates

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 08/**/2005

CASE NO. _____ (to be supplied by Clerk of Court)

**Tobias N. Johnson**_____ , PETITIONER
(Full name--include name under which you were convicted)

**v.**

**Warden of DC Jail**_____ , RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized
person having custody of petitioner)

        (If the petitioner wishes to attack a federal judgment under which a
sentence was imposed he should file a motion under 28 U.S.C. Section 2255,
in the federal court which entered the judgment).

PETITION FOR WRIT OF HABEAS CORPUS UNDER SECTION 2241 BY A PERSON IN
FEDERAL CUSTODY

INSTRUCTIONS--READ CAREFULLY

1.  This petition must be legibly handwritten or typewritten, signed by the
    petitioner and subscribed to under penalty of perjury as being true and
    correct. Any false statement of a material fact may serve as the basis
    for prosecution and conviction for perjury. All questions must be
    answered concisely in the proper space on the form. Where more room is
    needed to answer any question, use reverse side of sheet.

**RECEIVED**

AUG - 9 2005

1

2. Additional pages are not permitted. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

4. If you do not have the necessary filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $150.00, you must pay the filing fee as required by the rule of the district court.

5. Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

6. Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

7. When the petition is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court whose address is:

8. Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

## PETITION

1. Name and location of court which entered the judgment of conviction under which you are presently confined: _Superior Court of the_
   _District of Columbia Wash. DC_

2. Date of judgment of conviction _01-14-93_

3. Length of sentence _4 to 12 years_  Sentencing judge _Patricia A Wynn_

4. Nature of offense or offenses for which you were convicted: _UCSA_
   _Distribution of Dilaudid 33-541_

- Two -

5. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ( ) No (✓)

6. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes ( ) No (✓)

   (a) If so, give name and location of court which imposed sentence to be served in the future: _____ NONE _____

   (b) And give date and length of sentence to be served in future: _____
       NONE

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes ( ) No (✓)

7. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.

   A. Ground one: _Multiple Punishment For the Same Offense_

      Supporting FACTS (tell your story briefly without citing cases or law): I Tobias Johnson WAS SENTENCE ON 01-14-83 by Patricia A. Wynn Judge of Superior Court of the District of Columbia to NOT LESS than 4 YEARS AND NOT MORE than 12 YEARS to this DATE MY SENTENCE hAS BEEN EXTENDED By 1 YEAR AND A terminAtion OF SUPERVISION DAte OF NOVEMBER 24, 2008 Which MAKE MY SENTENCE LENGth to About 16 AND hAlf YEARS.
          By the PAROLE BOARD tAKEN AWAY MY Street time While UNdER SUPERVISION For technical VioLAtions givING ME hits OF INCARSERAtion AND MOVING MY terMINAtion DAte FArther BACK, Im being PuNishED MultiplE times FOR the SAME OFFENSE.

                                                    6-16-05

                                        Tobias N Johnson
                                        DCDC 219-509

                        - Three -

**B.**   Ground two: _____

Supporting FACTS (tell your story <u>briefly</u> without citing cases
or law): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**C.**   Ground three: _____

Supporting FACTS (tell your story <u>briefly</u> without citing cases
or law): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Print Screen

## Selected Inmate - Alerts:

**Name** JOHNSON, TOBIAS

**Section** NORTH WEST    **Block** 1

**Cell** 18    **Bed** A    **Location** 12

| Birth | Sex | Race | Release | Admit Type | SS# | Booking# | Print# | Booking Date | Classification |
|-------|-----|------|---------|------------|-----|----------|--------|--------------|----------------|
| 05/01/1951 | M | B | 00/00/0000 | 69 | 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 | 2005-06585 | 219509 | 05/16/2005 | Sentenced Medium |

### Current Account Information

Current Balance    .96    Restricted Commissary Purchase Amount    .00

### Cost Recovery Balances

| INSTITUTIONAL DAMAGE | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |
| | .00 |

### Exemptions and Credits

Suspend Collections

Reason for Suspension

Exempt from Collections

Work Credit Days    0

Inmate Account Balance Cannot Go Below This Amount    .01

Search    Recompute Current Balance    Abort

**Sidebar menu:** Booking, Account, Alias, Bond, Charges, Classify, Clothing, Commissa, Detainers, Education, Enemies, Employment, Grievance, Housing, ID#'s, Incidents, Misconduct, Physical, Property, Questions, Release, $Rstrction, Schedule

*Case Manager* (signature)

05 1632

# FILED

AUG 1 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT