UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOBIAS JOHNSON,<br><br>　　Petitioner,<br><br>　　v.<br><br>WARDEN OF DC JAIL,<br><br>　　Respondent. | Civil Action No. 05-1632 (JDB) |

### ORDER

On August 25, 2005, this Court issued an Order to Show Cause. As of this date, the order has not been served on respondent and the Attorney General for the District of Columbia. Accordingly it is

**ORDERED** that the United States Marshal's Office effect service of the Order to Show Cause on respondent and the Attorney General for the District of Columbia forthwith.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　United States District Judge

Dated: October 5, 2005