Tobias Johnson
Reg.# 07598-000
Rivers Correctional Institution
145 Parkers Fishery Road
Winton, North Carolina 27986

Re: Civil Action No. 05-1632 (JDB)

Dear Clerk of Court:

This letter is in response to Judge Bates order directing Respondent to show cause.

Respondent was to Answer within 30 days from August 25th 2005, that time is now up and I have not heard anything from the court, I have been moved from the D.C. Dept. of Corr. to Rivers Corr. Inst. in North Corolina, the address is above.

Please could you let me know the update in this matter.

Thank you very much for your help

Tobias Johnson