### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOBIAS JOHNSON, | : |
| PETITIONER, | : |
| v. | : Civil Action No.: 05-1632 (JDB) |
| WARDEN, D.C. JAIL, | : |
| RESPONDENT. | : |

### RESPONDENT'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

Respondent Dennis Harrison, Warden of the District of Columbia Jail, by and through counsel, files this response to the August 25, 2005 and October 5, 2005 Orders to Show Cause,[1] and states as follows:

### PRELIMINARY STATEMENT

On August 12, 2005, Petitioner filed a Petition for a Writ of Habeas Corpus against the Warden of the D.C. Jail apparently contesting the calculation of his sentence. At the time Petitioner filed his writ he alleges he was incarcerated at D.C. Jail. Petitioner was subsequently transferred into Federal custody and is currently incarcerated at a Federal Bureau of Prisons Correctional Institution in Winton, NC. Respondent Dennis Harrison accordingly argues that he is not a proper party respondent, and that this Court lacks jurisdiction over Petitioner's claims.

### ARGUMENT

A. <u>Warden Dennis Harrison is Not A Proper Party Respondent.</u>

The petitioner is currently incarcerated at a Federal Correctional Institution in Winton, NC, operated by the Federal Bureau of Prisons. As such, Warden Harrison is not the proper

---

[1] The Court issued an Order to Show Cause on August 25, 2005, which was not timely served on the Attorney General for the District of Columbia. The Court then issued a second Order to Show Cause on October 5, 2005, directing that the United States Marshal's Office serve the Order upon the Attorney General.

respondent because he neither has custody nor control of the petitioner, and therefore cannot address the petitioner's claims or provide the relief sought in the petition. *See Rumsfeld v. Padilla,* 542 U.S. 426 (2004) (custodian of the prisoner is the only proper respondent in a habeas matter). Therefore, Warden Harrison would defer to the federal government on this matter. The Office of the United States Attorney, on behalf of the Federal Bureau of Prisons, should address the merits of petitioner's claims.

    B.    <u>This Court Lacks Jurisdiction Over Petitioner's Petition.</u>

The District of Columbia Circuit recently reiterated that "a district court has jurisdiction over a habeas petition 'only if it has jurisdiction over' the petitioner's custodian." *Rooney v. Secretary of the Army*, 405 F.3d 1029, 1032 (D.C. Cir. 2005) (quoting *Padilla*, 542 U.S. at 433). Moreover, the federal statute provides that federal district courts are limited to granting habeas relief "within their respective jurisdictions". 28 U.S.C. § 2241(a). Therefore, since petitioner is incarcerated in North Carolina at a Federal Correctional Institution this Court has no jurisdiction over this matter.

WHEREFORE, for all of the reasons set forth herein, the petition should be summarily dismissed.

                                      Respectfully submitted,

                                      ROBERT J. SPAGNOLETTI
                                      Attorney General for the District of Columbia

                                      GEORGE C. VALENTINE
                                      Deputy Attorney General
                                      Civil Litigation Division


                                      ____/s/_____
                                      NICOLE L. LYNCH (471953)
                                      Chief, Section II

        ___/s/_____
        SHANA L. FROST (458021)
        Assistant Attorney General
        441 4th Street, NW, 6th Floor South
        Washington, DC 20001
        (202) 724-6534
        Fax: (202) 727-3625
        shana.frost@dc.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on November 15, 2005, a copy of the foregoing Response to the Court's Order to Show Cause was mailed postage prepaid to:

Mr. Tobias Johnson.
Fed. Reg. No.: 07598-000
CI Rivers
Correctional Institution
P.O. Box 630
Winton, NC 27986

        ___/s/_____
        Shana L. Frost
        Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOBIAS JOHNSON | : |
| Petitioner, | : |
| v. | : Civil Action No.: 05-1632 (JDB) |
| WARDEN, D.C. JAIL, | : |
| Respondent. | : |

## ORDER

Upon consideration of the petition for writ of habeas corpus, the response thereto and the record herein, it is by the Court this _____ day of _____, 200__,

ORDERED: That the Petition for Writ of Habeas Corpus shall be and the same is hereby dismissed; and it is,

FURTHER ORDERED: That the Court's August 25, 2005 and October 5, 2005, Orders to Show Cause shall be and the same is discharged as to Warden Dennis Harrison.

_____
JUDGE JOHN D. BATES
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

cc: Shana L. Frost
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001

Tobias Johnson
Fed. Reg. No.: 07598-000
CI Rivers
Correctional Institution
P.O. Box 630
Winton, NC 27986