UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOBIAS JOHNSON, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, D.C. JAIL, <br><br> Respondent. | Civil Action No.  05-1632 (JDB) |

**TRANSFER ORDER**

This matter comes before the Court upon review of petitioner's *pro se* petition for writ of habeas corpus.  Petitioner is incarcerated at the Rivers Correctional Institution in Winton, North Carolina.  He alleges that he is being subject to multiple punishments for the same offense.  Petitioner claims that he was sentenced to a term of four to twelve years, but due to the forfeiture of his street time while on parole, he will actually serve over sixteen years of imprisonment.

Habeas corpus jurisdiction resides only in the district court where the prisoner is incarcerated  *Padilla v. Rumsfeld*, 542 U.S. 426, 443 (2004).  The warden where the petitioner resides is the custodian for purposes of habeas jurisdiction.  *Stokes v. U.S. Parole Comm'n*, 374 F.3d 1235, 1238 (D.C. Cir.), *cert. denied*, 125 S.Ct. 448 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998).   This Court, therefore, lacks jurisdiction over this habeas action.  Accordingly, it is

**ORDERED** that the case is **TRANSFERRED** to the United States District Court for the

Eastern District of North Carolina.

_____
JOHN D. BATES
United States District Judge

Dated: December 14, 2005