Nancy Mayer-Whittington
Clerk

**United States District Court
for the District of Columbia
Clerk's Office
333 Constitution Avenue, NW
Washington, D.C. 20001**

March 29, 2006

Clerk's Office
U.S. District Court for the
Eastern District of North Carolina
Terry Sanford Federal Building and Courthouse
310 New Bern Avenue
Raleigh, North Carolina 27601

RE:   TOBIAS JOHNSON v. WARDEN OF DC JAIL
      05-1632

Dear Clerk:

On December 14, 2005, this Court signed an order transferring the above-entitled case to your Court.

Enclosed is a certified copy of the docket sheet and transfer Order. and all papers filed in this case.

Please acknowledge receipt of our file by signing and returning the enclosed copy of this letter, and also please indicate <u>your</u> case number somewhere in the letter.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Laura Chipley, Deputy Clerk

[Stamp: RECEIVED MAR 3 1 2006 US DISTRICT COURT, EDNC CLERK]

5:06-HC-2055-BO

Enclosure(s)

**RECEIVED**
APR 5 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT